IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MARY BLUME,<br><br>                              Plaintiff,<br><br>vs.<br><br>EYERLY-BALL COMMUNITY<br>MENTAL HEALTH SERVICES,<br><br>                              Defendant. | Case No.  4:20-cv-00301<br><br><br><br>**DEFENDANT EYERLY-BALL<br>COMMUNITY MENTAL HEALTH<br>SERVICES' NOTICE OF REMOVAL** |

Defendant Eyerly-Ball Community Mental Health Services ("Defendant"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby removes this action to the United States District Court for the Southern District of Iowa, Central Division.  In support of this removal, Defendant states the following.

1.      On September 4, 2020, Plaintiff Mary Blume initiated this action by filing an original notice and petition in the Iowa District Court for Polk County.  This case is now pending in the Iowa District Court for Polk County an is captioned as *Mary Blume, Plaintiff, v. Eyerly-Ball Community Mental Health Services, Defendant*, No. LACL148597.

2.      Pursuant to 28 U.S.C. § 1446(a), copies of all pleadings which have been filed in this action to date are attached to this notice, including the civil original notice (**Exhibit A**); petition and exhibits thereto (**Exhibit B**); and return of original notice (**Exhibit C**).  There have been no further proceedings in the Iowa District Court for Polk County in this case to date.

3.      Defendant was served with the original notice and petition on September 11, 2020.  Under 28 U.S.C. § 1446(b), this notice of removal is therefore timely filed within 30 days of service of the original notice and petition.

4.      The United States District Court for the Southern District of Iowa, Central Division is the federal judicial district and division which embraces Polk County, Iowa.  Venue therefore lies in this Court pursuant to 28 U.S.C. § 1441(a) ("[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

5.      Federal question jurisdiction is conferred upon the United States District Courts by 28 U.S.C. § 1331, which provides, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

6.      This Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331 because this is a civil action which arises under the laws of the United States.  Specifically, Plaintiff has asserted claims under the Americans with Disabilities Act, As Amended, 42 U.S.C. § 12101 *et seq*. and the Family Medical Leave Act, 29 U.S.C. § 2301 *et seq*.  Exhibit B.

7.      This Court also has supplemental jurisdiction over Plaintiff's remaining state law claims pursuant to 28 U.S.C. § 1367, as Plaintiff's state law claims are so related to her federal claims that they form part of the same case or controversy.

8.      Pursuant to 28 U.S.C. §1446(d), Defendant is giving notice of this removal to Plaintiff by filing a notice of removal in the Iowa District Court for Polk County, and serving that notice upon Plaintiff's counsel.

WHEREFORE, Defendant Eyerly-Ball Community Mental Health Services hereby provides notice that the above-captioned matter is removed to this Court from the Iowa District Court for Polk County.

/s/ Ryan Stefani

| | |
|---|---|
| Frank B. Harty | AT0003356 |
| Ryan Stefani | AT0012387 |

Nyemaster Goode, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309-3899
Telephone:  (515) 283-8172
Facsimile:   (515) 283-3108
Email:  fharty@nyemaster.com
           rstefani@nyemaster.com

**ATTORNEYS FOR DEFENDANT
EYERLY-BALL COMMUNITY
MENTAL HEALTH SERVICES**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **October 1, 2020**, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Melissa C. Hasso
Emily E. Wilson
SHERINIAN & HASSO LAW FIRM
I 11 E. Grand Ave., Suite 212
Des Moines, r A 50309
Telephone (515) 224-2079
Facsimile (515) 224-2321
E-mail: mhasso@sherinianlaw.com
    ewilson@sherinianlaw.com
**ATTORNEYS FOR PLAINTIFF**

*/s/ Ryan Stefani*