IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **MARY BLUME,**<br><br>        Plaintiff,<br><br>v.<br><br>**EYERLY-BALL COMMUNITY MENTAL HEALTH SERVICES,**<br><br>        Defendant. | **Case No: 4:20-cv-00301**<br><br><br><br>**STIPULATION OF DISMISSAL** |

**COME NOW** the Plaintiff, Mary Blume, and the Defendant, Eyerly-Ball Community Mental Health Services, by and through their undersigned counsel, and hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii)(B) that Plaintiff's Claims against the Defendant are hereby dismissed.

Respectfully Submitted,

By   /s/ Melissa C. Hasso
Melissa C. Hasso           AT0009833
Emily E. Wilson             AT0013860
SHERINIAN & HASSO LAW FIRM
111 E. Grand., Suite 212
Des Moines, IA 50309
Telephone (515) 224-2079
Facsimile  (515) 224-2321
E-mail: mhasso@sherinianlaw.com
            ewilson@sherinianlaw.com
ATTORNEYS FOR PLAINTIFF

By  /s/ Ryan Stefani
Ryan Stefani AT0012387
Frank B. Harty AT0003356
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309
Telephone: (515) 283-8172

Email: rstefani@nyemaster.com
fharty@nyemaster.com
ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on 06-18-21

By:_____U.S. Mail              _____ Facsimile
       _____ Hand Delivered    _____ Overnight Courier
       _____ Certified Mail    _____ x Other: _____ e-file

Signature /s/ Carolina Ramos